IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2011 MAR 15 PM 4: 47
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

| | | |
|---|---|---|
| HARRY ANDREW LIPPERT, JR., | § | |
| PLAINTIFF, | § | |
| | § | CAUSE NO. A-10-CA-343-LY |
| V. | § | |
| | § | |
| ABSOLUTE ACCOUNT | § | |
| RESOLUTIONS, LLC, | § | |
| DEFENDANT. | § | |

## FINAL DEFAULT JUDGMENT

On February 1, 2011, and again on February 8, 2011, the Clerk entered an Entry of Default pursuant to Rule 55(a) of the Federal Rules of Civil Procedure against Defendant Absolute Account Resolutions, LLC (Doc. ##8, 11). On February 7, 2011, Plaintiff filed a Motion for Default Judgment (Doc. #9), which was served by Plaintiff on Defendant's in-house counsel, Robert M. Choen, by U.S. mail and certified on February 22, 2011. No response has been filed to either the entries of default or the motion for entry of default judgment. Accordingly, the Court **GRANTS** Plaintiff's motion for default judgment and renders the following final default judgment against Defendant:

**IT IS ORDERED** that a Default Judgment be entered against Defendant Absolute Account Resolutions, LLC and that Plaintiff Harry Andrew Lippert, Jr. shall recover from Defendant Absolute Account Resolutions, LLC damages in the amount of **ONE THOUSAND THREE HUNDRED DOLLARS** ($1,300).

**IT IS FURTHER ORDERED** that Defendant Absolute Account Resolutions, LLC, its employees, servants, attorney, corporate officer, and agents are enjoined from attempting to collect a debt from Plaintiff Harry Andrew Lippert, Jr. without first posting a bond in the amount of $10,000

with the Texas Secretary of State as required by Section 392.101(a) of the Texas Debt Collection Act.

**IT IS FURTHER ORDERED** that the Clerk shall furnish a copy of this order to Plaintiff's attorney of record and to Defendant's in-house counsel, Robert M. Cohen, at the following address: PO Box 264, Taylor, PA 18517.

**IT IS FINALLY ORDERED** that the case hereby **CLOSED**.

SIGNED this the 15th day of March, 2011.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE