FILED
2011 APR 28 AM 10: 14
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| HARRY ANDREW LIPPERT, JR. § <br>    Plaintiff § <br> § <br> v. § <br> ABSOLUTE ACCOUNT RESOLUTIONS, § <br> LLC § <br>    Defendant | Case No.: <u>1:10-cv-343</u> |

**ORDER ON PLAINTIFF'S MOTION FOR ATTORNEY'S FEES AND COSTS**

Upon consideration of Plaintiff's Motion for an Award of Attorney Fees, the Court is of the opinion that the motion should be granted.

IT THEREFORE ORDERED, ADJUDGED AND DECREED that plaintiff's Motion for an Award of Attorney Fees is granted, and that Plaintiff is awarded attorney's fees of $5,635.00 in attorney's fees and costs of $350, with interest to accrue on this award at __0.22__ percent from the date of the signing of this order until payment.

SIGNED this 28th day of April, 2011.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE